## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: PAMMIE LYNN KRUPAR,<br><br>**Debtor(s).**<br><br>PAMMIE LYNN KRUPAR,<br><br>**Movant(s),**<br><br>v.<br><br>CARING HEIGHTS COMMUNITY CARE AND REHABILITATION CENTER,<br>**Respondent(s).** | Bankruptcy No. 19-23389-JAD<br><br>Chapter 13<br><br>Document No.<br>Related to Doc. No. 40<br><br>Motion No. ■ WO-1<br>Motion No. ☐ WO-2 |

### CERTIFICATE OF SERVICE OF AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER, LOCAL BANKRUPTCY FORM 12

I certify under penalty of perjury that I served the above-captioned documents on the parties at the addresses specified below or on the attached list on March 23, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class United States Mail, Postage Prepaid.

**Party served by First-Class United States Mail, Postage Prepaid:**

Caring Heights Community Care and Rehabilitation Center
Attn: Jim Panera, Human Resources
234 Coraopolis Road
Coraopolis, PA 15108

EXECUTED ON: 03/23/2020        By:    /s/ Daniel J. Boger, Esq.
                                       Daniel J. Boger, Esq.
                                       PA Bar I.D. No. 92961
                                       Harold Shepley & Associates, LLC
                                       209 W. Patriot Street
                                       Somerset, PA 15501
                                       Phone: (814) 444-0500
                                       Counsel for the Debtor(s)