# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>PAMMIE LYNN KRUPAR,<br><br>**DEBTOR(S)**.<br><br>PAMMIE LYNN KRUPAR,,<br><br>**MOVANT(S)**,<br><br>v.<br><br>21ST MORTGAGE CORPORATION,<br>BRIDGECREST,<br>BRIDGECREST CREDIT COMPANY, LLC,<br>CITIBANK, N.A. TRUSTEE FOR CMLTI TRUST,<br>CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST,<br>COMCAST,<br>DRIVETIME CARSALES COMPANY, LLC,<br>DWIGHT HOOVER,<br>FAY SERVICING,<br>FAY SERVICING, LLC,<br>JAMES C. WARMBRODT, ESQ.,<br>JASON KRUPAR,<br>KML LAW GROUP, P.C.,<br>LVNV FUNDING, LLC,<br>OFFICE OF THE UNITED STATES TRUSTEE,<br>ONEMAIN,<br>ONEMAIN FINANCIAL,<br>PENNSYLVANIA DEPARTMENT OF REVENUE,<br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>PHFA/HEMAP,<br>RECEIVABLE MANAGEMENT SERVICES, LLC,<br>REGIONAL ACCEPTANCE CORPORATION,<br>RONDA J. WINNECOUR, ESQ.,<br>SANTANDER CONSUMER USA,<br>SANTANDER CONSUMER USA INC.,<br>SOUTHWEST CREDIT SYSTEMS,<br>VERIZON BY AMERICAN INFOSOURCE AS AGENT,<br>WASTE MANAGEMENT,<br><br>**RESPONDENT(S)**. | Case No. 19-23389-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. Nos. 44, 45 |

**CERTIFICATE OF SERVICE FOR ORDER DATED AUGUST 10, 2020, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN DATED AUGUST 28, 2019 AND AMENDED CHAPTER 13 PLAN DATED AUGUST 3, 2020**

   I certify under the penalty of perjury that I served the above-captioned documents on the parties at their respective addresses specified below, the Chapter 13 Trustee, and the Office of the United States Trustee on August 10, 2020.

   The types of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class United States Mail, Postage Prepaid.

Parties Served by First-Class Mail: Please refer to the attached list of parties served.

                 /s/ Daniel J. Boger, Esq.
                 Daniel J. Boger, Esq.
                 PA Bar ID No. 92961
                 Harold Shepley & Associates, LLC
                 209 West Patriot Street
                 Somerset, PA 15501
                 Telephone: (814) 444-0500
                 E-Mail: dboger@shepleylaw.com
                 Counsel for the Debtor(s)/Movant(s)

21st Mortgage Corporation
Attn: Customer Inquiries
620 Market Street
Knoxville, TN 37902

21st Mortgage Corporation
C/O Gross, McGinley, LLP
Attn: Thomas A. Capehart, Esq.
33 South 7th Street, P.O. Box 4060
Allentown, PA 18105-4060

21st Mortgage Corporation
C/O Thomas A. Capehart, Esq.
Gross, McGinley, LLP
33 South 7th St, P.O. Box 4060
Allentown, PA 18105-4060

21st Mortgage Corporation
P.O. Box 477
Knoxville, TN 37901

21st Mortgage Corporation
C/O Gross McGinley, LLP
Attn: Thomas A. Capehart, Esq.
33 S. 7th Street, P.O. Box 4060
Allentown, PA 18105-4060

21st Mortgage Corporation
620 Market Street
Suite 100
Knoxville, TN 37902

Bridgecrest
7300 East Hampton Avenue
Mesa, AZ 85209

Bridgecrest
Customer Care
7300 E. Hampton Avenue
Suite 101
Mesa, AZ 85209

Bridgecrest Credit Company, LLC
P.O. Box 29018
Phoenix, AZ 85038

Bridgecrest Credit Company,LLC
P.O. Box 53087
Phoenix, AZ 85072

Citibank, N.A. Trustee for CMLTI Trust
C/O KML Law Group, P.C.
Attn: James C. Warmbrodt, Esq.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Citibank, N.A., as Trustee for CMLTI
Asset Trust
388 Greenwich Street
14th Floor
New York, NY 10013

Comcast
Attn: Legal Department
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103-2838

Drivetime Carsales Company, LLC
D/B/A Drivetime McKnight
7211 McKnight Road
Pittsburgh, PA 15237-3509

Dwight Hoover
347 Valley Street
Mc Donald, PA 15057

Fay Servicing
P.O. Box 809441
Chicago, IL 60680

Fay Servicing, LLC
C/O McCalla Raymer Leibert Pierce, LLC
Attn: Maria Tsagaris, Esq.
1544 Old Alabama Road
Roswell, GA 30076

Fay Servicing, LLC
C/O McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

Fay Servicing, LLC
P.O. Box 814609
Dallas, TX 75381-4609

James C. Warmbrodt, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Jason Krupar
357 Valley Street
Mc Donald, PA 15057

KML Law Group, P.C.
Attn: James C. Warmbrodt, Esq.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

LVNV Funding, LLC
C/O Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222

OneMain
P.O. Box 3251
Evansville, IN 47731-3251

OneMain Financial
Attn: Bankruptcy
601 NW 2nd Street #300
Evansville, IN 47708

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101

PHFA/HEMAP
211 North Front Street
P.O. Box 15206
Harrisburg, PA 17101-5206

Receivable Management Services, LLC
Attn: Bankruptcy
240 Emery Street
Bethlehem, PA 18015

Regional Acceptance Corporation
P.O. Box 580075
Charlotte, NC 28258-0075

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Santander Consumer USA
Attn: Bankruptcy
10-64-38-FD7
601 Penn Street
Reading, PA 19601

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161

Southwest Credit Systems
4120 International Parkway
Suite 1100
Carrollton, TX 75007

Verizon by American InfoSource as Agent
4515 N. Santa Fe Ave
Oklahoma City, OK 73118

Waste Management
1001 Fannin Street
Houston, TX 77002