**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Pammie Lynn Krupar**
   Debtor(s)

Bankruptcy Case No.: 19−23389−JAD

Chapter: 13
Docket No.: 59 − 58

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

    Thomas A. Capehart, Esquire has been removed as attorney from this case and will not receive any future notifications.

    The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: December 30, 2021

Michael R. Rhodes
Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Pammie Lynn Krupar  
    Debtor

Case No. 19-23389-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dpas | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 30, 2021 | Form ID: 143 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Thomas A. Capehart, Gross McGinley, LLP, 33 South 7th Street, P.O. Box 4060, Allentown, PA 18105-4060 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2022       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust bnicholas@kmllawgroup.com |
| Daniel J. Boger | on behalf of Debtor Pammie Lynn Krupar dnlboger@yahoo.com<br>dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Daniel J. Boger | on behalf of Plaintiff Pammie Lynn Krupar dnlboger@yahoo.com<br>dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com |
| Jeffrey Wayne Ross | on behalf of Debtor Pammie Lynn Krupar jross@shepleylaw.com bk@shepleylaw.com |
| Kellie Rahl-Heffner | on behalf of Creditor 21st Mortgage Corporation krahl-heffner@grossmcginley.com jkacsur@grossmcginley.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2     User: dpas     Page 2 of 2
Date Rcvd: Dec 30, 2021     Form ID: 143     Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas A. Capehart
    on behalf of Creditor 21st Mortgage Corporation jkacsur@grossmcginley.com

TOTAL: 9