**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PAMMIE LYNN KRUPAR,<br><br>    **Debtor(s),**<br><br>PAMMIE LYNN KRUPAR,<br><br>    **Movant(s),**<br><br>v.<br><br>21ST MORTGAGE CORPORATION,<br>BRIDGECREST,<br>BRIDGECREST CREDIT COMPANY, LLC<br>CITIBANK, N.A. AS TRUSTEE FOR CMLTI ASSET TRUST,<br>CITIBANK, N.A.,<br>COMCAST,<br>DRIVETIME CARSALES COMPANY, LLC,<br>DWIGHT HOOVER,<br>FAY SERVICING,<br>FAY SERVICING, LLC,<br>JASON KRUPAR,<br>KML LAW GROUP, P.C.,<br>LVNV FUNDING, LLC,<br>ONEMAIN FINANCIAL,<br>ONEMAIN FINANCIAL GROUP, LLC,<br>PENNSYLVANIA DEPARTMENT OF REVENUE,<br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>PENNSYLVANIA HOUSING FINANCE AGENCY HOMEOWNERS EMERGENCY MORTGAGE ASSISTANCE PROGRAM,<br>PHFA-HEMAP,<br>RECEIVABLE MANAGEMENT SERVICES, LLC,<br>REGIONAL ACCEPTANCE CORPORATION,<br>SANTANDER CONSUMER USA,<br>SANTANDER CONSUMER USA INC.,<br>SOUTHWEST CREDIT SYSTEMS,<br>VERISON BY AMERICAN INFOSOURCE AS AGENT,<br>WASTE MANAGEMENT,<br>OFFICE OF THE UNITED STATES TRUSTEE,<br>RONDA J. WINNECOUR, ESQ.,<br>    **Respondents.** | Case No. 19-23389-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No.<br><br>Responses Due: 10/30/2024<br>Hearing Date & Time:<br>November 14, 2024, at 9:00 A.M.<br>at Ch 13 Zoom Location |

**CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED MODIFICATION TO PLAN
DATED AUGUST 3, 2020, AND AMENDED CHAPTER 13 PLAN DATED OCTOBER 8, 2024**

      I certify under the penalty of perjury that I served the above-captioned documents on the parties at their respective addresses specified below, the Chapter 13 Trustee, and the Office of the United States Trustee on October 9, 2024.

      The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class United States Mail, Postage Prepaid.  If more than one method of service was employed, this certificate of service groups the parties by the type of service.

      Parties served by First-Class United States Mail, Postage Prepaid: Please refer to the attached list of parties served.

Date:    10/09/2024                                         /s/ Daniel J. Boger, Esq.
                                                                               Daniel J. Boger, Esq.
                                                                               PA Bar ID No. 92961
                                                                               Harold Shepley & Associates, LLC
                                                                               209 West Patriot Street
                                                                               Somerset, PA 15501
                                                                               Telephone: (814) 444-0500
                                                                               E-Mail: dboger@shepleylaw.com
                                                                               Counsel for the Debtor(s)/Movant(s)

| | | |
|---|---|---|
| 21st Mortgage Corporation<br>Attn: Customer Inquiries<br>620 Market Street<br>Knoxville, TN 37902 | 21st Mortgage Corporation<br>C/O Gross, McGinley, LLP<br>Attn: Thomas A. Capehart, Esq.<br>33 South 7th Street, P.O. Box 4060<br>Allentown, PA 18105-4060 | 21st Mortgage Corporation<br>P.O. Box 477<br>Knoxville, TN 37901 |
| 21st Mortgage Corporation<br>Attn: Kellie L. Rahl-Heffner, Esq.<br>C/O Gross McGinley, LLP<br>P.O. Box 4060, 33 S Seventh Street<br>Allentown, PA 18105 | 21st Mortgage Corporation<br>C/O Gross McGinley, LLP<br>Attn: Thomas A. Capehart, Esq.<br>33 S. 7th Street, P.O. Box 4060<br>Allentown, PA 18105-4060 | 21st Mortgage Corporation<br>620 Market Street<br>Suite 100<br>Knoxville, TN 37902 |
| Bridgecrest<br>P.O. Box 53087<br>Phoenix, AZ 85072 | Bridgecrest<br>7300 East Hampton Avenue<br>Mesa, AZ 85209 | Bridgecrest<br>Customer Care<br>7300 E. Hampton Avenue<br>Suite 101<br>Mesa, AZ 85209 |
| Bridgecrest Credit Company, LLC<br>P.O. Box 29018<br>Phoenix, AZ 85038 | Citibank, N.A. , as trustee for CMLTI<br>Asset Trust<br>C/O Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 | Citibank, N.A. Trustee for CMLTI Trust<br>C/O KML Law Group, P.C.<br>Attn: James C. Warmbrodt, Esq.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 |
| Citibank, N.A.,<br>Attn: Denise Carlon, Esq.<br>C/O KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Citibank, N.A., as Trustee for CMLTI<br>Asset Trust<br>388 Greenwich Street<br>14th Floor<br>New York, NY 10013 | Comcast<br>Attn: Legal Department<br>1701 John F. Kennedy Blvd.<br>Philadelphia, PA 19103-2838 |
| Drivetime Carsales Company, LLC<br>D/B/A Drivetime McKnight<br>7211 McKnight Road<br>Pittsburgh, PA 15237-3509 | Dwight Hoover<br>347 Valley Street<br>Mc Donald, PA 15057 | Fay Servicing<br>P.O. Box 809441<br>Chicago, IL 60680 |
| Fay Servicing, LLC<br>C/O McCalla Raymer Leibert Pierce, LLC<br>Attn: Maria Tsagaris, Esq.<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Fay Servicing, LLC<br>C/O MCCALLA RAYMER LEIBERT PIERCE, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 | Jason Krupar<br>357 Valley Street<br>Mc Donald, PA 15057 |
| KML Law Group, P.C.<br>Attn: James C. Warmbrodt, Esq.<br>BNY Mellon Independence Center<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | LVNV Funding, LLC<br>C/O Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222 |
| OneMain Financial<br>Attn: Bankruptcy<br>601 NW 2nd Street #300<br>Evansville, IN 47708 | OneMain Financial Group, LLC<br>C/O OneMain<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | Pammie Lynn Krupar<br>357 Valley Street<br>Mc Donald, PA 15057 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Housing Finance Agency<br>211 North Front Street<br>Harrisburg, PA 17101 | Pennsylvania Housing Finance Agency<br>Homeowners Emergency Mortgage Assistance<br>Program<br>211 North Front Street, P.O. Box 15206<br>Harrisburg, PA 17101-5206 |

PHFA-HEMAP
Attn: Leon P. Haller, Esq.
C/O Purcell, Krug & Haller
1719 North Front Street
Harrisburg, PA 17102

Receivable Management Services, LLC
Attn: Bankruptcy
240 Emery Street
Bethlehem, PA 18015

Regional Acceptance Corporation
P.O. Box 580075
Charlotte, NC 28258-0075

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Santander Consumer USA
Attn: Bankruptcy
10-64-38-FD7
601 Penn Street
Reading, PA 19601

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161

Southwest Credit Systems
4120 International Parkway
Suite 1100
Carrollton, TX 75007

Verizon by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Waste Management
1001 Fannin Street
Houston, TX 77002