**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PAMMIE LYNN KRUPAR,<br><br>    Debtor(s).<br><br>RONDA J. WINNECOUR,<br>CHAPTER 13 TRUSTEE,<br>    Movant(s),<br><br>    v.<br><br>PAMMIE LYNN KRUPAR,<br><br>    Respondent(s). | Bankruptcy No. 19-23389-JAD<br><br>Chapter 13<br><br>Doc. No.<br><br>Related to Doc. No. 67, 68<br><br>Responses Due: 10/11/2024<br><br>Hearing Date and Time:<br>October 23, 2024, at 10:00 A.M. |

**CERTIFICATE OF SERVICE OF DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS AND ORDER**

    I certify under the penalty of perjury that I served the above-captioned documents on the parties at their respective addresses specified below, the Chapter 13 Trustee, and the Office of the United States Trustee on October 9, 2024.

    The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class United States Mail, Postage Prepaid. If more than one method of service was employed, this certificate of service groups the parties by the type of service.

    Parties served by First-Class United States Mail, Postage Prepaid:

| | | |
|---|---|---|
| Office of the United States<br>Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222 | Pammie Lynn Krupar<br>357 Valley Street<br>Mc Donald, PA 15057 | Ronda J. Winnecour, Esq.<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |

Date:   10/09/2024

/s/ Daniel J. Boger, Esq.
Daniel J. Boger, Esq.
PA Bar ID No. 92961
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
Telephone: (814) 444-0500
E-Mail: dboger@shepleylaw.com
Counsel for the Debtor(s)/Movant(s)