## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  PAMMIE LYNN KRUPAR,<br><br>**Debtor(s).**<br><br>PAMMIE LYNN KRUPAR,<br><br>**Movant(s),**<br><br>v.<br><br>CARING HEIGHTS COMMUNITY CARE AND REHABILITATION CENTER,<br>**Respondent(s).** | Bankruptcy No. 19-23389-JAD<br><br>Chapter 13<br><br>Document No.<br>Related to Doc. No. 77<br><br>Motion No. ■ WO-1<br>Motion No. ☐ WO-2 |

### CERTIFICATE OF SERVICE OF ORDER TO STOP PAYROLL DEDUCTIONS

I certify under penalty of perjury that I served the above-captioned document on the party at the address specified below on December 26, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First-Class United States Mail, Postage Prepaid.

**Party served by First-Class United States Mail, Postage Prepaid:**

Caring Heights Community Care and Rehabilitation Center
Attn: Payroll Manager
234 Coraopolis Road
Coraopolis, PA 15108

EXECUTED ON:  12/26/2024            By:        /s/ Daniel J. Boger, Esq.
                                                                Daniel J. Boger, Esq.
                                                                PA Bar I.D. No. 92961
                                                                Harold Shepley & Associates, LLC
                                                                209 W. Patriot Street
                                                                Somerset, PA 15501
                                                                Phone: (814) 444-0500
                                                                Counsel for the Debtor(s)