**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　PAMMIE LYNN KRUPAR<br><br>　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　　vs.<br>　PAMMIE LYNN KRUPAR<br><br>　　　Respondents | Case No.19-23389-JAD<br><br>Chapter 13<br><br>Related to<br>Document No.　75 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___19th___ day of _December_, 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Caring Heights Comm Care & Rhb
Attn: Payroll Manager
234 Coraopolis Rd
Coraopolis, PA 15108

is hereby ordered to immediately terminate the attachment of the wages of PAMMIE LYNN KRUPAR, social security number XXX-XX-3263. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of PAMMIE LYNN KRUPAR.

BY THE COURT:

_____
sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
　　Debtor(s) Attorney

FILED
12/19/24 11:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Pammie Lynn Krupar  
    Debtor

Case No. 19-23389-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Dec 24, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pammie Lynn Krupar, 357 Valley Street, Mc Donald, PA 15057-1009 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel J. Boger | on behalf of Debtor Pammie Lynn Krupar dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Daniel J. Boger | on behalf of Plaintiff Pammie Lynn Krupar dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Denise Carlon | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust dcarlon@kmllawgroup.com |
| Jeffrey Wayne Ross | on behalf of Debtor Pammie Lynn Krupar jross@shepleylaw.com  bk@shepleylaw.com |
| Kellie Rahl-Heffner | on behalf of Creditor 21st Mortgage Corporation krahl-heffner@grossmcginley.com  jkacsur@grossmcginley.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 1

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8