**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>PAMMIE LYNN KRUPAR | Case No. 19-23389JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>SANTANDER CONSUMER USA | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO EXPLANATION FOR THE REFUND WAS PROVIDED. THE CLAIM WAS NOT AMENDED OR WITHDRAWN.

| | |
|---|---|
| SANTANDER CONSUMER USA<br>PO BOX 560284<br>DALLAS, TX 75356 | Court claim# 2/Trustee CID# 12 |

The Movant further certifies that on 03/07/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>   original creditor<br>   putative creditor<br>   counsel for debtor(s)<br>   counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>PAMMIE LYNN KRUPAR, 357 VALLEY STREET, MC DONALD, PA  15057 | DEBTOR'S COUNSEL:<br>JEFFREY W ROSS ESQ, HAROLD SHEPLEY & ASSOC LLC, 209 W PATRIOT ST, SOMERSET, PA  15501 |
| ORIGINAL CREDITOR:<br>SANTANDER CONSUMER USA, PO BOX 560284, DALLAS, TX  75356<br><br>NEW CREDITOR: | :<br>SANTANDER CONSUMER USA**, PO BOX 961245, FT WORTH, TX  76161-1245 |