IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-23389-JAD |
| PAMMIE LYNN KRUPAR, | : | |
| | : | Chapter 13 |
| **Debtor(s)**. | : | |
| | : | Document No. |
| PAMMIE LYNN KRUPAR, | : | |
| | : | Related to Doc. No. |
| **Movant(s)**, | : | |
| | : | |
| v. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE, | : | |
| **Respondent**. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligation.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On October 9, 2019, at docket number 29, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by the undersigned counsel who duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated:  05/01/2025            By:    /s/ Daniel J. Boger, Esq.
                                     Daniel J. Boger, Esq.
                                     PA Bar ID No. 92961
                                     Harold Shepley & Associates, LLC
                                     209 W. Patriot Street
                                     Somerset, PA 15501
                                     Phone: (814) 444-0500
                                     E-Mail: dboger@shepleylaw.com