Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Pammie Lynn Krupar**
Debtor(s)

Bankruptcy Case No.: 19−23389−JAD

Chapter: 13
Docket No.: 92 − 91

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 29th of April, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/16/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/24/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/16/25.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Pammie Lynn Krupar  
    Debtor

Case No. 19-23389-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 29, 2025      Form ID: 408      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pammie Lynn Krupar, 357 Valley Street, Mc Donald, PA 15057-1009 |
| cr | + | 21st Mortgage Corporation, Gross McGinley LLP, 33 South 7th Street, Allentown, PA 18101-2436 |
| 15112760 | | 21st Mortgage Corporation, C/O Gross McGinley, LLP, Attn: Thomas A. Capehart, Esq., 33 S. 7th Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 15112765 | + | Citibank, N.A., as Trustee for CMLTI, Asset Trust, 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 15112767 | | Drivetime Carsales Company, LLC, D/B/A Drivetime McKnight, 7211 McKnight Road, Pittsburgh, PA 15237-3509 |
| 15112768 | + | Dwight Hoover, 347 Valley Street, Mc Donald, PA 15057-1002 |
| 15112770 | + | Jason Krupar, 357 Valley Street, Mc Donald, PA 15057-1009 |
| 15112777 | + | Waste Management, 1001 Fannin Street, Houston, TX 77002-6717 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 30 2025 01:52:59 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 30 2025 01:39:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: blegal@phfa.org | Apr 30 2025 01:40:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15125700 | | Email/Text: ebn@21stmortgage.com | Apr 30 2025 01:40:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 15112761 | | Email/Text: ebn@21stmortgage.com | Apr 30 2025 01:40:00 | 21st Mortgage Corporation, 620 Market Street, Suite 100, Knoxville, TN 37902 |
| 15112759 | | Email/Text: ebn@21stmortgage.com | Apr 30 2025 01:40:00 | 21st Mortgage Corporation, Attn: Customer Inquiries, 620 Market Street, Knoxville, TN 37902 |
| 15112762 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 30 2025 01:40:00 | Bridgecrest, P.O. Box 53087, Phoenix, AZ 85072-3087 |
| 15112763 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 30 2025 01:40:00 | Bridgecrest, 7300 East Hampton Avenue, Mesa, AZ 85209-3324 |
| 15112764 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 30 2025 01:40:00 | Bridgecrest, Customer Care, 7300 E. Hampton Avenue, Suite 101, Mesa, AZ 85209-3324 |
| 15145831 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 30 2025 01:40:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 15131750 | ^ | MEBN | Apr 30 2025 01:32:59 | Citibank, N.A., as trustee for CMLTI Asset Trust, P.O. Box 814609, Dallas, TX 75381-4609 |
| 15112766 | + | Email/Text: documentfiling@lciinc.com | Apr 30 2025 01:38:00 | Comcast, Attn: Legal Department, 1701 John F. |

Case 19-23389-JAD    Doc 94    Filed 05/01/25    Entered 05/02/25 00:30:30    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: 408 | Total Noticed: 33 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Kennedy Blvd., Philadelphia, PA 19103-2899 |
| 15112769 | | Email/Text: ECF@fayservicing.com | Apr 30 2025 01:39:00 | Fay Servicing, P.O. Box 809441, Chicago, IL 60680 |
| 15123982 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2025 01:41:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15127402 | + | Email/PDF: cbp@omf.com | Apr 30 2025 02:04:59 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15112771 | + | Email/PDF: cbp@omf.com | Apr 30 2025 01:54:08 | OneMain Financial, Attn: Bankruptcy, 601 NW 2nd Street #300, Evansville, IN 47708-1013 |
| 15154345 | | Email/Text: blegal@phfa.org | Apr 30 2025 01:40:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 15117257 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 30 2025 01:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15112772 | + | Email/Text: blegal@phfa.org | Apr 30 2025 01:40:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15112773 | ^ | MEBN | Apr 30 2025 01:32:25 | Receivable Management Services, LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15112774 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 30 2025 01:52:49 | Regional Acceptance Corporation, P.O. Box 580075, Charlotte, NC 28258-0075 |
| 15112775 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 30 2025 01:40:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-FD7, 601 Penn Street, Reading, PA 19601-3544 |
| 15123859 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 30 2025 01:40:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15112776 | + | Email/Text: bankruptcy@sw-credit.com | Apr 30 2025 01:40:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 15146002 | | Email/PDF: ebn_ais@aisinfo.com | Apr 30 2025 01:54:03 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A., as trustee for CMLTI Asset Trust |
| cr | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025         Signature:    /s/Gustava Winters

Case 19-23389-JAD   Doc 94   Filed 05/01/25   Entered 05/02/25 00:30:30   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: 408 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

**Name**     **Email Address**

Daniel J. Boger
> on behalf of Debtor Pammie Lynn Krupar dnlboger@yahoo.com
> dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com

Daniel J. Boger
> on behalf of Plaintiff Pammie Lynn Krupar dnlboger@yahoo.com
> dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com

Denise Carlon
> on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust dcarlon@kmllawgroup.com

Jeffrey Wayne Ross
> on behalf of Debtor Pammie Lynn Krupar jross@shepleylaw.com bk@shepleylaw.com

Kellie Rahl-Heffner
> on behalf of Creditor 21st Mortgage Corporation krahl-heffner@grossmcginley.com jkacsur@grossmcginley.com

Leon P. Haller
> on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
> ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
> cmecf@chapter13trusteewdpa.com

TOTAL: 8