**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Pammie Lynn Krupar**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3263<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_\_\_\_<br>EIN   \_\_–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–23389–JAD | |

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Pammie Lynn Krupar

<u>6/18/25</u>                                                                **By the court:** <u>Jeffery A. Deller</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-23389-JAD
Pammie Lynn Krupar  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Jun 18, 2025      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pammie Lynn Krupar, 357 Valley Street, Mc Donald, PA 15057-1009 |
| cr | + | 21st Mortgage Corporation, Gross McGinley LLP, 33 South 7th Street, Allentown, PA 18101-2436 |
| 15112760 | | 21st Mortgage Corporation, C/O Gross McGinley, LLP, Attn: Thomas A. Capehart, Esq., 33 S. 7th Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 15112765 | + | Citibank, N.A., as Trustee for CMLTI, Asset Trust, 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 15112767 | | Drivetime Carsales Company, LLC, D/B/A Drivetime McKnight, 7211 McKnight Road, Pittsburgh, PA 15237-3509 |
| 15112768 | + | Dwight Hoover, 347 Valley Street, Mc Donald, PA 15057-1002 |
| 15112770 | + | Jason Krupar, 357 Valley Street, Mc Donald, PA 15057-1009 |
| 15112777 | + | Waste Management, 1001 Fannin Street, Houston, TX 77002-6717 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 19 2025 04:16:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Jun 19 2025 04:16:00 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 19 2025 00:38:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: blegal@phfa.org | Jun 19 2025 00:38:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15112761 | | Email/Text: ebn@21stmortgage.com | Jun 19 2025 00:38:00 | 21st Mortgage Corporation, 620 Market Street, Suite 100, Knoxville, TN 37902 |
| 15112759 | | Email/Text: ebn@21stmortgage.com | Jun 19 2025 00:38:00 | 21st Mortgage Corporation, Attn: Customer Inquiries, 620 Market Street, Knoxville, TN 37902 |
| 15125700 | | Email/Text: ebn@21stmortgage.com | Jun 19 2025 00:38:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 15112762 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 19 2025 00:39:00 | Bridgecrest, P.O. Box 53087, Phoenix, AZ 85072-3087 |
| 15112763 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 19 2025 00:39:00 | Bridgecrest, 7300 East Hampton Avenue, Mesa, AZ 85209-3324 |
| 15112764 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 19 2025 00:39:00 | Bridgecrest, Customer Care, 7300 E. Hampton Avenue, Suite 101, Mesa, AZ 85209-3324 |
| 15145831 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 19 2025 00:39:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Notice Type | Notice Date | Name and Address |
|---|---|---|---|---|
| 15131750 | ^ | MEBN | Jun 19 2025 00:24:09 | Citibank, N.A., as trustee for CMLTI Asset Trust, P.O. Box 814609, Dallas, TX 75381-4609 |
| 15112766 | + | EDI: COMCASTCBLCENT | Jun 19 2025 04:16:00 | Comcast, Attn: Legal Department, 1701 John F. Kennedy Blvd., Philadelphia, PA 19103-2899 |
| 15112769 | | Email/Text: ECF@fayservicing.com | Jun 19 2025 00:37:00 | Fay Servicing, P.O. Box 809441, Chicago, IL 60680 |
| 15123982 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2025 01:29:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15127402 | + | EDI: AGFINANCE.COM | Jun 19 2025 04:16:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15112771 | + | EDI: AGFINANCE.COM | Jun 19 2025 04:16:00 | OneMain Financial, Attn: Bankruptcy, 601 NW 2nd Street #300, Evansville, IN 47708-1013 |
| 15154345 | | Email/Text: blegal@phfa.org | Jun 19 2025 00:38:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 15117257 | | EDI: PENNDEPTREV | Jun 19 2025 04:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15112772 | + | Email/Text: blegal@phfa.org | Jun 19 2025 00:38:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15112773 | ^ | MEBN | Jun 19 2025 00:23:34 | Receivable Management Services, LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15112774 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 19 2025 01:46:46 | Regional Acceptance Corporation, P.O. Box 580075, Charlotte, NC 28258-0075 |
| 15112775 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 19 2025 00:38:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-FD7, 601 Penn Street, Reading, PA 19601-3544 |
| 15123859 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 19 2025 00:38:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15112776 | + | Email/Text: bankruptcy@sw-credit.com | Jun 19 2025 00:38:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 15146002 | | EDI: AIS.COM | Jun 19 2025 04:16:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A., as trustee for CMLTI Asset Trust |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 18, 2025 | Form ID: 3180W | Total Noticed: 34 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:

**Name**          **Email Address**

Daniel J. Boger
　　on behalf of Debtor Pammie Lynn Krupar dnlboger@yahoo.com
　　dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com

Daniel J. Boger
　　on behalf of Plaintiff Pammie Lynn Krupar dnlboger@yahoo.com
　　dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com

Denise Carlon
　　on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust dcarlon@kmllawgroup.com

Jeffrey Wayne Ross
　　on behalf of Debtor Pammie Lynn Krupar jross@shepleylaw.com  bk@shepleylaw.com

Kellie Rahl-Heffner
　　on behalf of Creditor 21st Mortgage Corporation krahl-heffner@grossmcginley.com  jkacsur@grossmcginley.com

Leon P. Haller
　　on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com  khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

TOTAL: 8