IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
PAMMIE LYNN KRUPAR

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:19-23389 JAD

Chapter 13

Document No.: 91

FILED
6/18/25 12:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER OF COURT

AND NOW, this 18th day of June, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Pammie Lynn Krupar  
    Debtor

Case No. 19-23389-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jun 18, 2025      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pammie Lynn Krupar, 357 Valley Street, Mc Donald, PA 15057-1009 |
| cr | + | 21st Mortgage Corporation, Gross McGinley LLP, 33 South 7th Street, Allentown, PA 18101-2436 |
| 15112760 | | 21st Mortgage Corporation, C/O Gross McGinley, LLP, Attn: Thomas A. Capehart, Esq., 33 S. 7th Street, P.O. Box 4060, Allentown, PA 18105-4060 |
| 15112765 | + | Citibank, N.A., as Trustee for CMLTI, Asset Trust, 388 Greenwich Street, 14th Floor, New York, NY 10013-2362 |
| 15112767 | | Drivetime Carsales Company, LLC, D/B/A Drivetime McKnight, 7211 McKnight Road, Pittsburgh, PA 15237-3509 |
| 15112768 | + | Dwight Hoover, 347 Valley Street, Mc Donald, PA 15057-1002 |
| 15112770 | + | Jason Krupar, 357 Valley Street, Mc Donald, PA 15057-1009 |
| 15112777 | + | Waste Management, 1001 Fannin Street, Houston, TX 77002-6717 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 19 2025 01:08:24 | Bridgecrest Credit Company, LLC as Agent and Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 19 2025 00:38:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: blegal@phfa.org | Jun 19 2025 00:38:00 | Pennsylvania Housing Finance Agency Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15125700 | | Email/Text: ebn@21stmortgage.com | Jun 19 2025 00:38:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 15112761 | | Email/Text: ebn@21stmortgage.com | Jun 19 2025 00:38:00 | 21st Mortgage Corporation, 620 Market Street, Suite 100, Knoxville, TN 37902 |
| 15112759 | | Email/Text: ebn@21stmortgage.com | Jun 19 2025 00:38:00 | 21st Mortgage Corporation, Attn: Customer Inquiries, 620 Market Street, Knoxville, TN 37902 |
| 15112762 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 19 2025 00:39:00 | Bridgecrest, P.O. Box 53087, Phoenix, AZ 85072-3087 |
| 15112763 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 19 2025 00:39:00 | Bridgecrest, 7300 East Hampton Avenue, Mesa, AZ 85209-3324 |
| 15112764 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 19 2025 00:39:00 | Bridgecrest, Customer Care, 7300 E. Hampton Avenue, Suite 101, Mesa, AZ 85209-3324 |
| 15145831 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 19 2025 00:39:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 15131750 | ^ | MEBN | Jun 19 2025 00:24:10 | Citibank, N.A., as trustee for CMLTI Asset Trust, P.O. Box 814609, Dallas, TX 75381-4609 |
| 15112766 | + | Email/Text: documentfiling@lciinc.com | Jun 19 2025 00:37:00 | Comcast, Attn: Legal Department, 1701 John F. |

Case 19-23389-JAD   Doc 101   Filed 06/20/25   Entered 06/21/25 00:33:17   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 18, 2025 | Form ID: pdf900 | Total Noticed: 33 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Kennedy Blvd., Philadelphia, PA 19103-2899 |
| 15112769 | | Email/Text: ECF@fayservicing.com | Jun 19 2025 00:37:00 | Fay Servicing, P.O. Box 809441, Chicago, IL 60680 |
| 15123982 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2025 01:09:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15127402 | + | Email/PDF: cbp@omf.com | Jun 19 2025 01:08:21 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15112771 | + | Email/PDF: cbp@omf.com | Jun 19 2025 01:08:21 | OneMain Financial, Attn: Bankruptcy, 601 NW 2nd Street #300, Evansville, IN 47708-1013 |
| 15154345 | | Email/Text: blegal@phfa.org | Jun 19 2025 00:38:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 15117257 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 19 2025 00:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15112772 | + | Email/Text: blegal@phfa.org | Jun 19 2025 00:38:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 15112773 | ^ | MEBN | Jun 19 2025 00:23:35 | Receivable Management Services, LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 15112774 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 19 2025 01:46:46 | Regional Acceptance Corporation, P.O. Box 580075, Charlotte, NC 28258-0075 |
| 15112775 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 19 2025 00:38:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-FD7, 601 Penn Street, Reading, PA 19601-3544 |
| 15123859 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 19 2025 00:38:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15112776 | + | Email/Text: bankruptcy@sw-credit.com | Jun 19 2025 00:38:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 15146002 | | Email/PDF: ebn_ais@aisinfo.com | Jun 19 2025 01:31:13 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Citibank, N.A., as trustee for CMLTI Asset Trust |
| cr | *+ | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2025            Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel J. Boger | on behalf of Debtor Pammie Lynn Krupar dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Daniel J. Boger | on behalf of Plaintiff Pammie Lynn Krupar dnlboger@yahoo.com dboger@shepleylaw.com;mjury@shepleylaw.com;bk@shepleylaw.com;ldeist@shepleylaw.com |
| Denise Carlon | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust dcarlon@kmllawgroup.com |
| Jeffrey Wayne Ross | on behalf of Debtor Pammie Lynn Krupar jross@shepleylaw.com bk@shepleylaw.com |
| Kellie Rahl-Heffner | on behalf of Creditor 21st Mortgage Corporation krahl-heffner@grossmcginley.com jkacsur@grossmcginley.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8